UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCELLA DYER,
           Plaintiff,

vs.

LARA'S TRUCKS, INC., et al.
           Defendant.

CIVIL ACTION FILE

NO. 1: 12-cv-1785-TWT

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the Order entered October 4, 2013, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff Marcella Dyer in the amount of $36,024.00.

Dated at Atlanta, Georgia, this 4th day of October, 2013.

           JAMES N. HATTEN
           CLERK OF COURT

           By:   s/D.Richardson
                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 4, 2013
James N. Hatten
Clerk of Court

By:  s/D.Richardson
      Deputy Clerk